**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 2010-287 (WOB-CJS)**

**DEWEY ODOR**                                          **PLAINTIFF**

**VS.**                               **ORDER**

**WAL-MART STORES EAST,**
**LIMITED PARTNERSHIP**                          **DEFENDANTS**


This matter is before the court on the Report and
Recommendation of the United States Magistrate Judge (Doc. #17),
and there being no objections filed thereto, the court being
advised,

**IT IS ORDERED** that the Report and Recommendation be, and it
hereby is, **adopted** as the findings of fact and conclusions of law
of this court; and that the motion of plaintiff for leave to amend
the complaint (Doc. #14) be, and it hereby is, **denied**.

This 27th day of July, 2011.



Signed By:
_William O. Bertelsman_ WOB
United States District Judge